UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FIRE KING INTERNATIONAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:07-CV-0655-G |
| TIDEL ENGINEERING, L.P. f/k/a | ) | |
| SENTINEL OPERATING, L.P., | ) | **ECF** |
| | ) | |
| Defendant. | ) | |

# ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge dated April 16, 2008, the court finds that the findings and recommendation of the Magistrate Judge are correct and they are accepted as the findings and recommendation of the court.

It is, therefore, **ORDERED** that the findings and recommendation of the United States Magistrate Judge are **ACCEPTED**.

The court construes the disputed terms of claim 1 of U.S. Patent No. 7,063,252 ("the '252 Patent") as follows:

(a) the term "connector interface mounted to the housing" means a "component fixed to the housing of a safe that provides connectivity among various system components and network devices;"

(b) the term "central system controller" means "a processor that is part of the safe, though not necessarily internal to the safe, which operates to control remote safes in the network;" and

(c) the term "remote safe" means "an electronic lock and money collection/dispensing unit physically remote from a first such unit."

The court further construes the disputed terms of claim 11 of the '252 Patent as follows:

(a) the term "integrated with" means "acting as part of;" and

(b) the term "other network devices" means "devices, other than the central processing system, having unique network addresses and capable of communicating over a network."

The court declines to construe the term "[a]n electronic lock and money control system," which appears in the preamble of claim 1, because the preamble has no significance to claim construction.

May 30, 2008.

_A. Joe Fish_
**A. JOE FISH**
**Senior United States District Judge**